**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00731-CV
_____

**SURVEYING AND MAPPING, LLC, Appellant**

**V.**

**LE BLANC FARMS JOINT VENTURE, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-237403**

## ORDER

The reporter's record in this case was due August 20, 2018. *See* Tex. R. App. P. 35.1. On August 27, 2018, we ordered Elizabeth Wittu to file the record within 15 days. The record has not been filed.

Accordingly, we order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal by **October 12, 2018**. No further extensions will be entertained absent extraordinary circumstances. The trial and appellate courts are jointly

responsible for ensuring the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Wittu does not timely file the record, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM